UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DEBRA RANDAZZO                                    ORDER OF DISMISSAL
    -against-                                      CV-04-0684 DRH/WDW
PROFESSIONAL RETAIL SERVICES, INC.
KATHLEEN LAMOUR, BRIAN LAMOUR,
-----------------------------------------------------------------X
PROFESSIONAL RETAIL SERVICES, INC.
Counter Claimant,
    -against-
DEBRA RANDAZZO, Counter Defendant
-----------------------------------------------------------------X
DEBRA RANDAZZO, Counter Claimant,

    -against-

BRIAN L'AMOUR, KATHLEEN L'AMOUR.
PROFESSIONAL RETAIL SERVICES. INC.,
Counter Defendants
-----------------------------------------------------------------X

The case having been reported settled at a conference before Magistrate Judge William D. Wall held on November 7, 2005 with a stipulation of dismissal to be filed with the Court before December 19, 2005; and the motion for sanctions having been decided on January 13, 2006, and no stipulation of dismissal having been filed with the Court.

IS HEREBY ORDERED that the case is dismissed without prejudice to reopen..

SO ORDERED.

                                                            /S/
                                          DENIS R. HURLEY
                                   United States District Judge

Dated: Central Islip, New York
       MAY 31, 2007